IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DUSTIN J. GULLEY,<br><br>    Defendant. | Case No. 13-cr-40001-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Dustin J. Gulley's motion for withdrawal of counsel Turner A. Rouse and to appoint new counsel (Doc. 27).  Gulley's case is currently on appeal before the Court of Appeals for the Seventh Circuit (Doc. 25).  Only the Court of Appeals may allow defense counsel to withdraw after judgment is entered or appoint new counsel for purposes of appeal.  *United States v. Flowers*, 789 F.2d 569, 570 (7th Cir. 1986).  Accordingly, the Court hereby **DIRECTS** the Clerk of Court to **TRANSFER** the pending motion (Doc. 27) to the Court of Appeals for the Seventh Circuit and terminate the motion before this Court.

**IT IS SO ORDERED.**

**DATED:**  August 1, 2013

                                                          s/ J. Phil Gilbert
                                                          **J. PHIL GILBERT**
                                                          **DISTRICT JUDGE**